1 SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
2 180 Montgomery St., Suite 2350
San Francisco, CA. 94104
3 Telephone: (415) 362-6252
Facsimile: (415) 362-6431
4 email: scott@sugarmanandcannon.com

5 Attorneys for Defendant
     TANISHA FULLER
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND VENUE
11

12 | UNITED STATES OF AMERICA, | ) | No. CR 13-0028 CW |
13 |     Plaintiff, | ) | |
14 | v. | ) | **STIPULATION AND [proposed] ORDER TO PERMIT DEFENDANT TANISHA FULLER TO TRAVEL TO THE CENTRAL DISTRICT OF CALIFORNIA** |
15 | TANISHA FULLER, | ) | |
16 |     Defendant. | ) | |
17

18
         Defendant Tanisha Fuller was released from custody in this action on various terms and
19
conditions under the supervision of Pretrial Services.  As a standard condition of pretrial release,
20
the Court limited her travel to places within the Northern District of California.
21
         Ms. Fuller wishes to travel with her children and other family members to Disneyland
22
from June 20, 2013 through June 25, 2013.  Ms. Fuller's Pretrial Services Officer, Tim Elder,
23
informed undersigned counsel that he has no objection to permitting Ms. Fuller to travel to the
24
Central District of California for this purpose, so long as she informs him in advance of the dates
25
of her travel and the place(s) where she will stay.
26

27

28

United States v. Montgomery, CR 13-0028 CW
Stipulation to Modify Conditions of Pretrial Release                                                  1

1   The parties STIPULATE that this Court may modify the conditions of Ms. Fuller's
2   pretrial release to permit her to travel in the Northern and Central Districts of California, so long
3   as she obtains advance approval from Pretrial Services for any travel into the Central District of
4   California, from June 20, 2013 through June 25, 2013, only.

IT IS SO STIPULATED.

DATED: June 12, 2013                    /s/
                                        Kevin Barry
                                        Assistant United States Attorney


DATED: June 12, 2013                    /s/
                                        Scott A. Sugarman
                                        Attorney for Tanisha Fuller


SO ORDERED.

DATE: 6/11/13                           _Kandis Westmore_____
                                        UNITED STATES MAGISTRATE JUDGE